UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Raymond Giuffre et al

     v.                                  Civil No. 10-cv-83-JL

Salem Five Cents Savings Bank

**O R D E R**

Court records indicate the withdrawal of Plaintiffs' attorney Alex S. Yiokarinis, Esq. Raymond and Cindy Ann Giuffre are herewith directed to advise this court by May 23, 2010, of the name of a new attorney or, in the alternative, their decision to appear pro se (without counsel). *See* Local Rule 83.6(b) and (d). Plaintiffs are under no obligation to retain counsel; and may prosecute this case themselves.

If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

The Court has also been advised that Plaintiffs have filed for protection under the Bankruptcy Code; therefore, pursuant to 11 U.S.C. § 362, the case is automatically stayed. On request of a party in interest, the Bankruptcy Court may grant relief from this stay.

It is therefore ordered that the counsel for Petitioner in Bankruptcy shall file a status report on January 1 and July 1 of each year until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues.

...
...

Failure to respond will result in the referral of the action to a judicial officer for sanctions which may include imposition of fines.

By the Court,

_____
United States District Judge
Joseph N. Laplante

April 30, 2010

cc: Alexander G. Rheaume, Esq.
Alexandros S. Yiokarinis, Esq.
Raymond A. Giuffre, Jr.
Cindyann Giuffre