UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Raymond A. Giuffre, Jr. et al

      v.                          Case No. 10-cv-00083-JL

Salem Five Cents Savings Bank

Cindyann Giuffre

      v.                          Case No. 10-cv-00283-PB

Salem Five Cents Savings Bank et al


ORDER OF CONSOLIDATION

    Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

    Civil case number 10-cv-83-JL has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case. They shall be captioned with that case number. The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

    The former related case, 10-cv-283-PB; Giuffre v. Salem Five Cents Savings Bank et al, shall be statistically closed.

Parties in the former related case will be added to the main case as consolidated plaintiffs/defendants, if applicable.

SO ORDERED.

Dated:   July 21, 2010

/s/ Joe Laplante
Joseph L. Laplante
United States DistrictJudge

cc:   Paul A. Petrillo
      Alexander G. Rheaume